# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EUSTACIO SALAZAR-MARTINEZ,**
**INDIVIDUALLY AND ON BEHALF OF**
**ALL OTHER PERSONS SIMILARLY**
**SITUATED,**

        **Plaintiffs,**

**-vs-**                                    **Case No. 6:10-cv-670-Orl-28KRS**

**KENNETH G. HYATT,**

        **Defendant.**

_____

# ORDER

This case is before the Court on the Renewed Joint Motion to Approve Settlement (Doc. No. 47) filed October 7, 2011 and the Joint Stipulation for Dismissal (Doc. No. 49) filed November 4, 2011. The United States Magistrate Judge has submitted two reports as to these filings, recommending that both the Joint Motion to Approve Settlement and the Joint Stipulation for Dismissal be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed,[1] the Court agrees entirely with the findings of fact and conclusions of law in the two Reports and Recommendation. Therefore, it is **ORDERED** as follows:

---

[1] The Court notes that the parties filed a Second Renewed Motion to Approve Settlement Agreement on December 16, 2011.

1. That the Report and Recommendation filed October 21, 2011 (Doc. No. 48) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. That the Report and Recommendation filed December 6, 2011 (Doc. No. 50) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3. The Renewed Joint Motion to Approve Settlement (Doc. No. 47) is **DENIED.**

4. The Joint Stipulation for Dismissal (Doc. No. 49) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 21st day of December, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record