# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EUSTACIO SALAZAR-MARTINEZ,**
**INDIVIDUALLY AND ON BEHALF OF**
**ALL OTHER PERSONS SIMILARLY**
**SITUATED,**

      **Plaintiffs,**

**-vs-**              **Case No. 6:10-cv-670-Orl-28KRS**

**KENNETH G. HYATT,**

      **Defendant.**
_____

# ORDER

This case is before the Court on the Second Renewed Motion to Approve Settlement Agreement (Doc. No. 51) filed December 16, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

  1.  That the Amended Report and Recommendation filed January 11, 2012 (Doc. No. 54) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2.  The Second Renewed Motion to Approve Settlement Agreement (Doc. No. 51) is **GRANTED in part** to the extent that the Court finds that the settlement agreement as modified is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

The Court declines to approve the settlement agreement as a whole or to reserve jurisdiction to enforce the settlement agreement.

3.     Counsel for Plaintiffs is prohibited from withholding any portion of the monies payable to Plaintiffs under the settlement agreement pursuant to a contingent fee agreement or otherwise.

4.     Counsel for Plaintiffs shall provide a copy of this Order to Plaintiffs.

5.     This case is dismissed with prejudice.

6.     The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of February, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record